UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Maria Jordan and Michael Jordan
1:17-cv-01216-RLY-TAB

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

The parties in the above-captioned case hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that Plaintiffs' claims against all Defendants shall be dismissed without prejudice. Each party shall bear its own fees and costs.

Dated: October 30, 2025

Respectfully submitted,

s/ Merritt Cunningham
Michael G. Stag (LA Bar 23314)
Merritt Cunningham (LA Bar 32843)
Stag Liuzza, LLC (f/k/a Smith Stag, LLC)
365 Canal St., Ste. 2850
New Orleans, LA 70130
Phone: (504) 593-9600
Fax: (504) 593-9601
mstag@stagliuzza.com
mcunningham@stagliuzza.com
*Attorneys for Plaintiff*

s/ Andrea Roberts
Andrea Roberts
Pierson Faegre Drinker Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
andrea.pierson@faegredrinker.com
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on October 30, 2025, the foregoing document was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record.

s/ Merritt Cunningham
Merritt Cunningham
